NO.  02-14-00262-CV

**IN THE COURT OF APPEALS**

**SECOND DISTRICT OF TEXAS**

**FORT WORTH, TEXAS**

_____

**FORT WORTH INDEPENDENT SCHOOL DISTRICT**

**Appellant**

**v.**

**JOSEPH PALAZZOLO**

**Appellee**

_____

**NOTICE OF DESIGNATION OF LEAD COUNSEL FOR APPELLEE**

_____

**TO THE HONORABLE COURT OF APPEALS:**

NOW COMES JOSEPH PALAZZOLO, Appellee herein, acting by and through his attorneys of record herein, and files this Notice of Designation of Lead Counsel, and would respectfully show the Court:

JOSEPH PALAZZOLO hereby designates **Paul F. Wieneskie** as his lead counsel for purposes of the above-captioned appeal, whose contact information is listed below under his signature line.

Respectfully submitted,

| | |
|---|---|
| /s/ Paul F. Wieneskie | /s/ Joseph Palazzolo |
| Paul F. Wieneskie | Joseph Palazzolo |
| State Bar No. 21433100 | 602 Greenwood Cut Off Rd. |
| Bailey & Galyen | Weatherford, TX 76088 |
| 1300 Summit Ave., Ste. 650 | (817) 341-0822 v./ f. |
| Fort Worth, Texas 76102 | jpalazzolo@charter.net |
| (817) 276-6000 v. | |
| (817) 276-6010 f. | |
| paulw@galyen.com | |

**ATTORNEYS FOR APPELLEE JOSEPH PALAZZOLO**

**CERTIFICATE OF SERVICE**

A true and correct copy of the above and foregoing **NOTICE OF DESIGNATION OF LEAD COUNSEL FOR APPELLEES.** was served upon Thomas P. Brandt, Francisco Valenzuela and Jennifer Kelley, Fanning Harper Martinson Brandt & Kutchin, P.C., counsel for Appellants, and upon Intervenors Art Brender and Carol Ann Carson, all by e-service in accordance with the Texas Rules of Appellate Procedure, this 21st day of April, 2015.

/s/ Paul F. Wieneskie